

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CARUSO, | |
| Petitioner, | Case No. 3:09-CV-00151-RCJ-(VPC) |
| vs. | **ORDER** |
| JACK PALMER, | |
| Respondent. | |

Before the Court is Respondents' Motion to Dismiss (#22). Petitioner has not submitted a response, which the Court construes as consent to the granting of the Motion. LR 7-2(d). The Court concludes that Petitioner has not exhausted his available state-court remedies for the sole ground in the Second Amended Petition (#13), and the Court grants the motion.

Pursuant to a plea agreement, Petitioner was convicted of attempted lewdness with a child under the age of fourteen. Ex. 30 (#23-30). Petitioner did not appeal the judgment of conviction. Petitioner filed a post-conviction habeas corpus petition in the state district court. Ex. 32 (#23-32). According to the exhibits filed with the Motion to Dismiss (#22), that action is still pending in the state district court and it has not been appealed to the Nevada Supreme Court.

Before a federal court may consider a petition for a writ of habeas corpus, the petitioner must exhaust the remedies available in state court. 28 U.S.C. § 2254(b). To exhaust a ground for relief, a petitioner must fairly present that ground to the state's highest court, describing the operative facts and legal theory, and give that court the opportunity to address and resolve the

ground. See Duncan v. Henry, 513 U.S. 364, 365 (1995) (per curiam); Anderson v. Harless, 459 U.S. 4, 6 (1982).

Petitioner has not exhausted his sole ground for relief. He claims that his granddaughter, whom he was convicted of attempting to molest, lied at the preliminary hearing. Second Amended Petition, p. 3 (#13). He has presented a similar claim in his state-court petition. Ex. 32, pp. 6A-6D (#23-32). Because the state courts have not ruled upon this claim, he has not exhausted his available state-court remedies, as required by 28 U.S.C. § 2254(b).

Reasonable jurists would not disagree with the Court's conclusion, and the Court denies a certificate of appealability.

IT IS THEREFORE ORDERED that Respondents' Motion to Dismiss (#22) is **GRANTED**. This action is **DISMISSED** without prejudice for Petitioner's failure to exhaust his state-court remedies. The Clerk of the Court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED: This 22nd day of February, 2010.

ROBERT C. JONES
United States District Judge