AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JOSEPH CARUSO,

      Petitioner,    JUDGMENT IN A CIVIL CASE

V.

                       CASE NUMBER: **3:09-CV-00151-RCJ-VPC**

JACK PALMER,

      Respondent.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Respondents' Motion to Dismiss (#22) is **GRANTED**.   This action is **DISMISSED** without prejudice for Petitioner's failure to exhaust his state-court remedies.

      **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

| | |
|---|---|
|  February 23, 2010 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/ D. R. Morgan |
| | Deputy Clerk |